MORRISON & FOERSTER LLP
Jamie A. Levitt
Damion K.L. Stodola
1290 Avenue of the Americas
New York, NY 10104-0050
(212) 468-8000
*Attorneys for Plaintiff Verified Identity Pass, Inc.*

*Of Counsel*
Lori A. Schechter
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
(415) 268-7000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VERIFIED IDENTITY PASS, Inc., d/b/a CLEAR REGISTERED TRAVELER,<br><br>Plaintiff,<br><br>-against-<br><br>FRED FISCHER, SAFLINK CORPORATION, and FLO CORPORATION,<br><br>Defendants. | Case No. 07-cv-6538 (JGK)<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Verified Identity Pass, Inc. ("Verified"), a private, non-governmental party, certifies that:

1. It has no parent corporation.

2. The following publicly-traded companies each own more than 10% of Verified's stock:

    a. General Electric Co.

    b. Lehman Brothers.

ny-764950

Dated: July 19, 2007

MORRISON & FOERSTER LLP

*[signature]*

Jamie A. Levitt
Damion K.L. Stodola
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0050
(212) 468-8000
*Attorneys for Plaintiff Verified Identity Pass, Inc.*