B 151— Affidavit of Service of Summons or Subpoena: Personal or Alternative Methods: Corp. or Ind.: Military Service, 10 pt. type, 1-95

© 1960 JULIUS BLUMBERG, INC.
PUBLISHER, NYC 10013

Blumberg Law Products

| COURT | UNITED STATES DISTRICT COURT |
|---|---|
| COUNTY OF | SOUTHERN DISTRICT OF NEW YORK |

VERIFIED IDENTITY PASS, INC., DBA CLEAR REGISTERED TRAVELER

Plaintiff(s)

against

FRED FISCHER, SAFLINK CORPORATION AND FLO CORPORATION

Defendant(s)

*Index No.* 07 CIV 6538

*AFFIDAVIT OF SERVICE OF SUMMONS (AND COMPLAINT)*

SEE ATTACHED RIDER

STATE OF ~~NEW YORK~~ NORTH CAROLINA, COUNTY OF DAVIE  SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at MOCKSVILLE, NORTH CAROLINA

That on 7/21/07 at 7:23A M., at 6105 OLD ORCHARD RD., KERNERSVILLE, NC 27284
deponent served the within ~~summons and complaint~~ on FRED FISCHER defendant therein named,
SEE ATTACHED RIDER

**INDIVIDUAL** 1. ☒ by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION** 2. ☐ a _____ corporation, by delivering thereat a true copy *of each* to _____ personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be _____ thereof.

**SUITABLE AGE PERSON** 3. ☐ by delivering thereat a true copy *of each* to _____ a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC.** 4. ☐ by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4** 5A. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4** 5B. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at _____ in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3** ☒
☒ Male    ☒ White Skin    ☐ Black Hair    ☐ White Hair    ☐ 14-20 Yrs.    ☐ Under 5'    ☐ Under 100 Lbs.
☐ Female  ☐ Black Skin    ☐ Brown Hair    ☐ Balding      ☐ 21-35 Yrs.    ☐ 5'0"-5'3"    ☐ 100-130 Lbs.
          ☐ Yellow Skin   ☐ Blonde Hair   ☐ Mustache     ☐ 36-50 Yrs.    ☐ 5'4"-5'8"    ☐ 131-160 Lbs.
          ☐ Brown Skin    ☒ Gray Hair     ☐ Beard        ☒ 51-65 Yrs.    ☒ 5'9"-6'0"    ☒ 161-200 Lbs.
          ☐ Red Skin      ☐ Red Hair      ☒ Glasses      ☐ Over 65 Yrs.  ☐ Over 6'      ☐ Over 200 Lbs.

Other identifying features:

**USE IN NYC CIVIL CT.** ☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE** ☒ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on
7-23-2007

JOSEPHINE THOMAS ANDERSON
NOTARY PUBLIC
DAVIE COUNTY, NORTH CAROLINA
My Commission Expires 10/18/2011

KATHY ANDERSON
License No. _____

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X   Case No. 07 CIV 6538
VERIFIED IDENTITY PASS, INC., DBA CLEAR
REGISTERED TRAVELER

                    Plaintiff,
                                         RIDER TO AFFIDAVIT
         - against -                        OF SERVICE

FRED FISCHER, SAFLINK CORPORATION and
FLO CORPORATION

                    Defendants.
------------------------------------X
```

List of Documents served:

- Summons In A Civil Action;

- Complaint;

- Memorandum Of Las In Support Of Verified Identity Pass, Inc.'s Request For A Temporary Restraining Order Amd Preliminary Injunction;

- Order To Show Cause For Preliminary Injunction And Temporary Restraining Order;

- Individual Practices Of Judge John G. Koeltl;

- Affidavit Of Steven Brill In Support Of Temporary Restraining Order And Preliminary Injunction;

- Affidavit Of Allison Beer In Support Of Temporary Restraining Order And Preliminary Injunction; and

- Affidavit Of Alan E. Brill In Support Of Temporary Restraining Order And Preliminary Injunction.