Exhibit A

# Curriculum Vitae of Alan E. Brill, CISSP, CFE

Alan E. Brill is Senior Managing Director for Technology Services of Kroll Ontrack, and is the founder of Kroll's global High-technology Investigation and Computer Forensic practices. He has an international reputation in the areas of computer/communication security, technology crime response, and the application of the forensic sciences to the challenges of electronic evidence. At Kroll and Kroll Ontrack, his work has ranged from large-scale information security reviews for multi-billion dollar corporations, to criminal investigations of computer hackers, frauds on the Internet, identity theft, misappropriation of intellectual property, as well as telecommunication-related frauds.

Prior to joining Kroll, he was Director of the Information Systems and Information Security Bureau of the New York Department of Investigation, where he served as the senior government official with responsibility for information security, and as a Deputy Inspector General in the New York City government.

Alan Brill was also Director of Professional Services for Ed Yourdon's Yourdon Consulting Group. His work there involved the extension of the systems design methodologies of Structured Analysis and Structured Design, and consultation with major government and defense firms to implement these techniques. During this period, his internal security and control technique formed the basis for the National Aeronautics and Space Administration standard for design of secure systems.

At the international accounting firm of Ernst & Whinney (now Ernst & Young) he served as Senior Manager in the information security practice, and was the co-founder of that firm's Data Systems Security Review practice. While at E&W, he served as the public accounting profession's representative to the EDP Auditors Foundation Professional Certification Board, and helped to establish the criteria and examination for the Certified Information Systems Auditor credential.

He has also served as system designer at Chase Manhattan Bank, and was on the design team for the Apollo Project Ground Support System at the NASA Manned Spacecraft Center in Houston.

In the United States Army, he served as a Project Officer on the Army General Staff during the Vietnam War, as an advisor on computer/information security policy in the Office of the Secretary of Defense, and as military liaison to the New York City Police Department. He completed his service with the rank of Major, having also done work in Kuwait and with the NATO Peace Stabilization Force in Bosnia.

Mr. Brill has served as a visiting faculty member in the computer crime investigation programs of the United States Secret Service, the FBI Academy, the Federal Law Enforcement Training Center, and the Federal Financial Institutions Examination Counsel. He holds BA and MBA degrees from New York University. He is an honor graduate of both the United States Army Command and General Staff College and the National Defense University's National Security Management Program. He has also lectured for the John F. Kennedy School of Government at Harvard University. His

# Curriculum Vitae of Alan E. Brill, CISSP, CFE

ability to explain the underlying causes of high-tech crimes and to devise practical preventive measures has made him one of the most popular speakers at international business conferences. He also serves on the Board of Advisors for the Center for International Financial Crime Studies at the University of Florida's Levin School of Law.

Mr. Brill is the author or co-author of five books in the field of information security and management, and of dozens of articles that have appeared in publications ranging from *Computerworld* to the *FBI Law Enforcement Bulletin*. His latest book is a new edition of The Accountant's Handbook of Fraud and Commercial Crime Prevention (AICPA) which he co-authored with Kroll colleagues. He was featured on the CBS News magazine "60 Minutes" when he was interviewed by Mike Wallace on the subject of Internet security. He has also appeared on Dateline NBC, Good Morning America, CNBC, MSNBC, CBC, BBC and CNN His work was featured in the U.S. News & World Report article entitled "Corporate Spy Wars." He has spoken at many events for the American Institute of Certified Public Accountants as well as at the National Convention of the American Bar Association. He has also taught at Practicing Law Institute, Federal Bar Association and Federal Bar Council functions. He holds the Certified Information Systems Security Professional (CISSP) Certified Fraud Examiner (CFE), and Certified Information Forensics Investigator (CIFI) credentials. He was also featured on The History Channel program, "*On the Inside: Cyberterrorism*" and a special entitled *"Hackers: Outlaws and Angels"* for The Learning Channel. He is a member of the High Technology Crime Investigation Association, and was elected to Associate Membership in the American Academy of Forensic Sciences.

Alan also holds an appointment as an Adjunct Professor at National University in San Diego, where he is a faculty member of the school's unique online Masters degree in Forensic Sciences Program.

**Curriculum Vitae of Alan E. Brill, CISSP, CFE**

| YEAR | TESTIMONY<br>CASE |
|------|-------------------|
| | **COURTROOM TESTIMONY** |
| 2007 | Circuit Court for the State of Oregon, Multnomah County, Part 20, Hon. Neil Bloch<br>Transportation Factoring, Inc. et al v. Grant Thornton LLP, et al<br>Case 0502-01129 |
| | **DEPOSITION TESTIMONY** |
| 2007 | United States District Court for the Northern District of Illinois, Eastern Division<br>Gerald R. Forsythe et al v. Black Hills Corporation, etc.<br>Case 04 C 5361 |
| 2006 | Circuit Court of Cook County, Illinois<br>Near North Insurance Brokerage, Inc. & Near North National Group, Inc. v. Kemper Insurance Companies and Lumbermans Mutual Casualty Company<br>Case 03 L 973 |
| 2006 | United States District Court for the District of Minnesota<br>Cardiac Pacemakers, Inc. and Guidant Sales Corporation v. Aspen II Holding Company, Inc, D/B/A Aspen Healthcare Metrics<br>Case 04-4048 |
| 2005 | United States District Court for the Northern District of California, San Jose Division<br>Hynix Semiconductor, Inc. et al v. Rambus, Inc.<br>Case C-00-20905 RMW |
| | **APPOINTMENT BY THE COURT** |
| 2007 | United States District Court for the Western District of Pennsylvania, Hon. Joy Flowers Conti, USDJ<br>Appointment as Special Master<br>Jefferson Regional Medical Center v. Vascular & Interventional Associates et al<br>Case 06-439 |

**Curriculum Vitae of Alan E. Brill, CISSP, CFE**

## BOOKS AUTHORED, CO-AUTHORED and EDITED

The Right to Financial Privacy Act: A Compliance Guide for Financial Institutions
Prentice-Hall
ISBN 013781161
1979
(Author)

Building Controls Into Structured Systems
Yourdon Press (An Imprint of Prentice-Hall)
ISBN 013086059X
1983
(Author)

Techniques of EDP Project Management
Yourdon Press (An Imprint of Prentice-Hall)
ISBN 0139003584
1984
(Editor and Contributing Author)

Electronic Information: Its Life Cycle – A Legal Perspective
Federal Litigation Section, Federal Bar Association
2002
(Chapter Author)

Cybercrime and Security
Oceana Press (Loose Leaf Series, 3 Vol.)
ISBN 0379012812
1998
(Primary Editor and Contributing Writer)

PAGE 4

# Curriculum Vitae of Alan E. Brill, CISSP, CFE

## BOOKS AUTHORED, CO-AUTHORED and EDITED

The CPA's Handbook of Fraud and Commercial Crime Prevention
AICPA Press
ISBN 0870512927
2000
(Co-Author)

## ARTICLES AUTHORED or CO-AUTHORED 1997-2007

### ARTICLES AUTHORED

| YEAR | MONTH | PUBLICATION | TITLE |
|---|---|---|---|
| 2007 | 06 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: *In Memory of Dean Schmidt, Kroll Ontrack Operations Director* |
| 2007 | 05 | Business Insurance | Stability amid volatility (Interview) |
| 2007 | 05 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: *New Technology Trends Cultivate Security Risks for the Unwary* |
| 2007 | 04 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: *Analyzing the Impact of the new U.S. Daylight Savings time Schedule* |
| 2007 | 03 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: *Process-Driven Spoliation (Part 2)* |
| 2007 | 02 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: *Process-Driven Spoliation (Part 1)* |
| 2007 | 01 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: *The New FRCP Rules: What you Don't Know Could Hurt You and Your Company* |
| 2006 | 12 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: *Top Computer Forensic Cases of 2006* |
| 2006 | 11 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: *Computer Forensic Examination Puts Fear to Rest in Laptop Theft* |

PAGE 5

# Curriculum Vitae of Alan E. Brill, CISSP, CFE

## ARTICLES AUTHORED

| YEAR | MONTH | PUBLICATION | TITLE |
|---|---|---|---|
| 2006 | 10 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: *Computer Forensic Experts Investigate Suspect Hard Drive* |
| 2006 | 09 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: *Frequent Fliers Must Guard Their Gadgets* |
| 2006 | 08 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: *Hashing and Hardware: Improper Imaging Can lead to Faulty Forensic Findings* |
| 2006 | 07 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: *Computer Forensic Experts Investigate Detained Data* |
| 2006 | 06 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: *An Investigative Report on Data Wiping Utilities – Part Two* |
| 2006 | 05 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: *An Investigative Report on Data Wiping Utilities – Part One* |
| 2006 | 04 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: *Computer Forensic Experts Assist in Cracking ATM Skimming Scam* |
| 2006 | 03 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: *Kroll Ontrack Experts Uncover Attempted Digital Heist* |
| 2006 | 02 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: *Court Finds Alleged Movie Pirate Willfully Wipes Hard Drive* |
| 2006 | 01 | Journal of Digital Forensic Practice | The Evolution of Computer Forensics: An Update on Programs and Publications |
| 2006 | 01 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: *Battle of the Experts – Kroll Ontrack Refutes Opposing Computer Forensic Expert's Erroneous Report* |
| 2006 | 01 | MMC Viewpoint Magazine: The Marsh & McLennan Companies Journal | Identity Theft: How Companies and Consumers Can Protect Themselves |
| 2005 | 12 | Computerworld | Flying Below the Radar: Do You Have Stealth Applications? |

## Curriculum Vitae of Alan E. Brill, CISSP, CFE

### ARTICLES AUTHORED

| YEAR | MONTH | PUBLICATION | TITLE |
|---|---|---|---|
| 2005 | 12 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: 'Tis the Season to Recycle |
| 2005 | 11 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: Computer Time Bomb Plot Explodes |
| 2005 | 10 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: Instant Messaging – An Untapped Source for Telltale Evidence |
| 2005 | 09 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: Computer Forensic Best Practices – Setting the Stage for a Successful Digital Investigation |
| 2005 | 08 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: Pursuing a Trail of Electronic Crimes |
| 2005 | 07 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: Information Technology v. Computer Forensics |
| 2005 | 06 | Computerworld | They Can't Steal Data You Don't Have |
| 2005 | 06 | Computerworld do Brasil | O Básico é Básico (Interview) |
| 2005 | 06 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: Hash Values – The Digital Fingerprint |
| 2005 | 05 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: Should you Seek a Second Opinion? |
| 2005 | 04 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: Cracking Down on Keylogging Catastrophes |
| 2005 | 03 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: Forming an Onsite Data Collection Plan of Attack |
| 2005 | 02 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: Security is a Moving Target |
| 2005 | 01 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: Kroll Ontrack's Most Peculiar and Puzzling Computer Forensic Cases of the Year |

**Curriculum Vitae of Alan E. Brill, CISSP, CFE**

## ARTICLES AUTHORED

| YEAR | MONTH | PUBLICATION | TITLE |
|---|---|---|---|
| 2004 | 12 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: *Deciphering Deliberate Data Destruction* |
| 2004 | 11 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: *Personal Digital Assistants – Big Evidence can Come in Small Packages* |
| 2004 | 10 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: *Recovering Files Others Found Impossible to Crack* |
| 2004 | 09 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: *Don't Become a Victim of Information Security Tunnel Vision* |
| 2004 | 08 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: *Planning Preservation of Potential E-Evidence* |
| 2004 | 07 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: *Getting the Fax Facts* |
| 2004 | 06 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: *'Tis the Season for Recycling?* |
| 2004 | 05 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: *Think Twice Before Using Hotel Internet Connections* |
| 2004 | 04 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: *The Mystery of the Missing Emails* |
| 2004 | 03 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: *The Key to Securing Your Data When You Travel May Be a Flash Key* |
| 2004 | 02 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: *A Walk on the WiFi Side* |
| 2004 | 01 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: *A New Year's Resolution, Presented for Your Consideration* |
| 2003 | 12 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: *Tools for your Information Security Awareness Program* |
| 2003 | 11 | Computerworld | Thinking Outside the Box |

# Curriculum Vitae of Alan E. Brill, CISSP, CFE

## ARTICLES AUTHORED

| YEAR | MONTH | PUBLICATION | TITLE |
|---|---|---|---|
| 2003 | 11 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: *Digital Myopia* |
| 2003 | 10 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: *Uncovering Email Secrets* |
| 2003 | 09 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: *Long-Forgotten Company Archives Can Contain Dangerous Data* |
| 2003 | 08 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: *Jumping to Conclusions is Not an Olympic Sport – Part Two* |
| 2003 | 07 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: *Jumping to Conclusions is Not an Olympic Sport – Part One* |
| 2003 | 06 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: *Don't Get Locked Out of Your Own Computers* |
| 2003 | 05 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: *Stopping Automated E-Evidence Destruction When Litigation Ensues* |
| 2003 | 04 | Kroll Ontrack Computer Forensics and Cyber Crime News | The Brill Files: *They Can't Steal What You Don't Store* |
| 2003 | 03 | American Chamber of Commerce of Brazil | Cntro o Cybercrime, Bom Senso (Interview) |
| 2003 | 02 | Computerworld | Data Destruction: What they can't find can get you 20 years |
| 2003 |  | Leaders Magazine | Ensuring Business Continuity Through Security and Privacy (Interview) |
| 2002 | 10 | Legal Times | Looking Outside the Box |
| 2002 | 08 | The Federal Lawyer | Computer Forensics, Corporations and Criminal Offenses |
| 2002 | 02 | Journal of Accountancy | Risky Business |

# Curriculum Vitae of Alan E. Brill, CISSP, CFE

## ARTICLES AUTHORED

| YEAR | MONTH | PUBLICATION | TITLE |
|---|---|---|---|
| 2002 | | Worldcom Resources | Luminary Interview: Keeping People and Tech Safe (Interview) |
| 2001 | 07 | Information Week | Everybody's Problem |
| 2000 | 05 | Computerworld | Open to Attack (Interview) |
| 2000 | 05 | eBiz Chronicle | Joint Security Roundtable with Computerworld and Three Experts |
| 2000 | 02 | eBiz Chronicle | Hacker Attacks Could Have Been Prevented, Top Expert Says in Q & A (Interview) |
| 2000 | 02 | Globe & Mail (Toronto) | The worst is yet to come (Co-authored) |
| 2000 | | The Kroll Navigator | Electronic Investigations: The Computer as Evidence |