Exhibit C

Case 1:07-cv-06538-JGK    Document 9-3    Filed 07/27/2007    Page 1 of 11




AboutProductsLeadershipContact

Home > About

## Travel Industry Sales Veteran Joins Saflink's Registered Traveler Solutions Group
### Company Also Announces Partnership between Business Travel Coalition and FLO™ Alliance

KIRKLAND, Wash. – March 26 2007 – Saflink Corporation® (OTC Bulletin Board: SFLK), founding member of the FLO™ (Fast Lane Option) Alliance, today announced that it has appointed Fred Fischer as Senior Vice President, Strategic Sales. Fischer will be responsible for sales of the FLO Registered Traveler (RT) program to corporations, travel management companies, airlines, credit card companies and retail partners. Saflink's Registered Traveler Solutions Group also announced today a strategic partnership with the Business Travel Coalition (BTC), a group representing the interests of corporate travelers. Both strategic additions will further position FLO as a leading RT services provider.

Glenn Argenbright, President and General Manager of Saflink's Registered Traveler Solutions Group, stated, "We believe the recent selection of FLO by Huntsville International Airport to implement a RT program, along with these new strategic appointments, combine to position the Alliance for great success. Bringing together the 'dean' of travel sales and marketing and the preeminent customer advocate and strategist in the business travel industry today will undoubtedly help FLO to implement its vision and drive great value for customers, partners and shareholders."

**Fred Fischer**
A travel industry professional with 33 years of experience, Mr. Fischer previously held a similar position at Verified Identity Pass, Inc. (VIP) where he led the strategic sales, strategy and launch of VIP's CLEAR Registered Traveler program. Formerly, Mr. Fischer was Vice President of Global Business Travel Sales at American Express, responsible for the company's Global 100 accounts. Mr. Fischer is a recognized RT expert within the travel industry and a sought-after speaker at industry events.

Mr. Fischer said, "As a passionate champion of RT, I look forward to helping customize the FLO solution to meet the unique needs of corporations, airlines and airports. It is rewarding to be representing what I believe is the premier RT product in the marketplace."

**Business Travel Coalition**
BTC has agreed to advise the FLO Alliance on business strategy and to represent corporate travel buyers as an ombudsman within the travel industry and before the federal government, as well as be available as a resource to the Transportation Security Administration, airports and airlines in designing customer-centric RT programs.

BTC Chairman Kevin Mitchell, a 30-year hospitality industry veteran and early RT advocate, writes and speaks on airline competition, travel distribution issues and aviation security and frequently testifies before Congress. *Business Travel News* recognized Mr. Mitchell as one of the 25 most influential industry executives in 1994, 1996 and 1997. He was also designated Man of the Year in 1998 by the Commercial Travelers Association and Person of The Year in 1998 and 1999 by *Travel Agent Magazine*.

Mr. Mitchell said, "The benefits-driven FLO model takes RT to a significantly higher level — I call it 'RT 2.0.' I have been impressed by the FLO team's refreshing openness, flexibility and irreproachable integrity. This kind of value-added product and hospitality-oriented management team is what the industry truly needs to coalesce around RT."

### About Saflink
Saflink Corporation offers biometric security, smart card and cryptographic technologies that help protect intellectual property and control access to secure facilities. Saflink security technologies are key components in identity assurance management solutions that allow administrators and security personnel to positively confirm a person's identity before access is granted. Saflink cryptographic technologies help to ensure that sensitive information is accessed only by the intended recipient(s). Saflink Corporation is also the founding member of the FLO™ (Fast Lane Option) Alliance, which is a consortium of industry-leading companies that contribute their respective expertise to develop, market, sell and deploy an end-to-end solution for the U.S. government's Registered Traveler Program. For more information, please visit http://www.saflink.com or call 800-762-9595.

### About the FLO Alliance
The FLO program benefits from the participation of industry-leading companies that contribute their respective areas of expertise to develop, market, sell and deploy an end-to-end solution for the U.S. government's Registered Traveler Program. The Alliance's solution is designed to provide for the complete Registered Traveler credentialing process and its operational use in airports. The FLO Alliance's biometrically secured FLO card would allow qualified individuals to take advantage of expedited security screening procedures in designated lanes at participating airports as well as promotional offers and discounts offered by retail partners. Companies participating in the FLO program include Saflink Corporation (OTC Bulletin Board: SFLK), Microsoft, JPMorgan Chase, Johnson Controls, Inc., Smiths Detection Inc., The Paradies Shops, International RAM, Expedia Corporate Travel and ID Technology Partners. For more information about the FLO program and Alliance, contact Luke Thomas, Saflink Executive Vice President, Registered Traveler Program, at 425.278.1253 or visit www.fastlaneoption.com.

NOTE: *"Saflink" is a registered trademark and "FLO" is a trademark of Saflink Corporation. The names of actual companies and products mentioned herein may be the trademarks of their respective owners.*

*This release contains information about our management's view of our future expectations, plans and prospects that constitute forward-looking statements for purposes of the safe harbor provisions under The Private Securities Litigation Reform Act of 1995. Actual results may differ materially from historical results or those indicated by these forward-looking statements as a result of a variety of factors. For example, if we do not generate significant revenue from our participation in large government security initiatives or increase the level of our participation in these initiatives, our business performance and future prospects may suffer. In addition, if third parties, on whom we partly depend for our product marketing and distribution, do not promote our products, our ability to generate revenue may be limited and our business and financial condition could suffer. Other factors include, but are not limited to, risks and uncertainties associated with our financial condition, our ability to sell our products, our ability to compete with competitors and the growth of the security market, and those included in our annual report on Form 10-K, as well as other documents we periodically file with the Securities and Exchange Commission.*

Saflink MEDIA CONTACT:
Sterling Communications, Inc.
Katie James
(206) 388-5758
kjames@sterlingpr.com

Saflink INVESTOR RELATIONS CONTACT:
Investor Awareness, Inc.
Tony Schor
(847) 945-2222
tony@investorawareness.com

Exhibit D

Case 1:07-cv-06538-JGK   Document 9-3   Filed 07/27/2007   Page 5 of 11

Page 1

LITTLE ROCK MUNICIPAL AIRPORT COMMISSION

LEASE COMMITTEE MEETING

REGISTERED TRAVELER

APRIL 11, 2007

MR. EAST: We are going to reconvene the Lease Committee meeting that started this morning and hear proposals from three consultants that wish to provide registered preferred traveler programs for the Little Rock National Airport.

And I assume y'all are ready and I'm late, so who do we have first?

MR. ONE: FLO.

MR. EAST: Okay, great. We've got, Ron, what, 15 minutes?

MR. MATTHIEU: Fifteen minutes followed by ten minutes of questions and answers.
(Inaudible).

MR. EAST: Great. And we'd like to stay on track, so we would appreciate if y'all keep your remarks to fifteen minutes and we'll try to keep our questions to ten. So I'll left you have it at that.

MR. 1: Perfect. First I'd like to do a brief introduction of who I have with me. On

Page 17

to -- and include in their package a Registered Traveler Program.

MR. EAST: So you're talking about signing up their employees?

MR. 2: Yeah, and in terms of their employees that's a very, very large base. And it's not just employees who work out of Bentonville, it's employees who work across the country.

And the good news is that we put a kiosk in Bentonville, so when those employees visited Bentonville they'd be able to sign up there and you would be able to share in the revenue of people who sign up in Bentonville.

MR. EAST: You --

MR. SCHUECK: I think he maybe answered that. You said we have the whole state, you're giving us the franchise for the whole state so any airport that uses this, or a large corporation, we get the benefit; did I understand that right?

MR. 2: You get the benefit of any enrollment that's signed up inside the state.

MR. SCHUECK: Yeah.

MR. 2: Now, you'll hear from our

Page 18

competitors that they're going to give you revenue for the airport, they may not even give you revenue for the city. We're extending revenue for anybody we sign up inside the state.

Now, we have portable devices that will go out to corporations of 25 and more if they want to enroll, and enroll those corporations on site. You would get that revenue.

MR. SCHUECK: Okay. I'm looking at a spreadsheet here the Director put together, and they've got you estimated over five years $1,183,207, in estimated fees in Little Rock. What exactly is all of that?

MR. 1: That is not a fee, that's a revenue shared number. There is no cost to the airport, so that number is the revenue over a five year period that will be given to Little Rock as a revenue share portion.

MR. SCHUECK: All right. Our portion then is $1,183,000?

MR. 1: On a low number.

MR. SCHUECK: Is that based on anything or is that just your --

MR. 1: That's based just on local Little

MR. EAST: Let me -- what?

MR. 2: Sorry. I was just going to say that I cam here to FLO from Verified Identity Pass and I was with them for the last year and a half, and I've seen over 250 corporate travel managers across the country. And of those 250 corporate travel managers only two corporations said they wouldn't reimburse for the card.

So we think corporations are going to pay for this. They're going to pay at the low end, at the $99 level, and let the individual traveler decide how much benefit they want and let them upgrade on their own. Thank you.

MR. EAST: Deborah, do you have a question?

MS. SCHWARTZ: Just a quick question, and I apologize for being late to your presentation. If XNA chooses to pursue this path and chooses to contract with you, what bearing will that have on the revenue that this airport gets because they're certainly much closer to Wal-Mart headquarters than we are.

MR. 2: There would be no bearing on revenue, they would still -- you would still get revenue on -- on enrollments we do in that community, in that airport.

Page 30

MR. 2: Yes.

MR. EAST: So we don't really know what the ramifications of all of this are going to be?

MR. 2: No, but except -- except the fact that, you know, if we're chosen as the vendor you'll get revenue on the whole state.

MR. EAST: Right.

MR. 2: As far as I know from working for our competitor you will get revenue for just the airport.

MR. EAST: Right.

MR. 2: And again, why buy a card with no benefits and buy the same priced card with a magnitude of benefits.

MR. EAST: Is there going to be any compatibility of software issues --

MR. 2: No. The TSA --

MR. EAST: -- with different airports.

MR. 2: The TSA has said that this program comes under national guidelines, all cards are interoperable. So if I open a lane or my competition opens a lane here at Little Rock, all cards that are issued under the National Registered Traveler Program need to be accepted, and that was back from January of this year.

probably get tired of me, but you'd see me.

UNIDENTIFIED: You might want to do a moving kiosk.

MR. 2: We can do that. We have -- we have these --

UNIDENTIFIED: Have four days at Alltel, and four days at --

MR. 2: That's the plan.

MR. 1: That's actually what we pitched yesterday is that we will bring for a week an on-site kiosk. That's why it's important that we have someone local like the Hutchinson Group that can do that community outreach.

MR. SCHUECK: And that's exactly I wanted the five percent higher.

MR. EAST: But you would do a kiosk if Alltel wanted one, or Dillard's, or --

MR. 2: Absolutely.

MR. EAST: -- downtown Little Rock?

MR. 2: Absolutely. And you'll hear from our competitors that they do something similar but their number is 250 minimum, and it's very had for a company to come up with 250 people in a week to register in one site. We do 25.

MR. EAST: 250 people --

MR. EAST: Great. Thank you.

(Off the record.)

I, Donna Duggan, hereby certify that the preceding was typed from a digital recording produced by the Little Rock National Airport, Little Rock, Arkansas.

_____

Donna Duggan