Exhibit E

Page 1

1

2

3

4

5

6

7

8

9

10

11

12

13     April 23, 2007 Telephone Call – F. Fischer/FLO and

14     R. Mathieu/Little Rock National Airport

15

16

17

18

19

20

21

22

23

24

25

Page 2

1     RON MATHIEU: Ron Mathieu.

2     COLIN:  Hey, Ron. It's Colin and Fred

3 Fischer. How are you, sir?

4     RON MATHIEU:  Good. Yourself?

5     COLIN:  I'm doing well, thank you.

6     FRED FISCHER:  Doing well, how about

7 you?

8     RON MATHIEU:  Good. Thank you.

9     FRED FISCHER:  We just wanted to touch

10 base with you; get a little debrief on, uh, on

11 your decision. We understand you went to Clear.

12     RON MATHIEU:  Mm-hm.

13     FRED FISCHER:  We completely understand

14 it. If contract negotiations do break down, we

15 wanted to let you know that we are there for you.

16     RON MATHIEU:  Okay.

17     FRED FISCHER:  And also wanted to just

18 hear from you, you know, what we could've done

19 better and what you thought the positive and

20 negatives were.

21     RON MATHIEU:  Well, let me -- let me

22 start off with the positive stuff. I mean, and it

23 wasn't the type of thing where you guys came and

24 you screwed anything up -- mind you, okay? It

25 wasn't that at all. Um, I think that the

1    commission was very, very impressed with the

2    group that you put together. They're certainly

3    down with ASA, you know, a hometown boy, that

4    certainly doesn't hurt.

5              FRED FISCHER:  Yes.

6              RON MATHIEU:  Um, the commission was

7    impressed with the concept of getting revenue

8    from, um, everyone in the state and they kind of

9    teetered between you guys and -- and Clear. I

10   think that at the end of the day, what really

11   tipped it in their -- for them is the fact that,

12   you know, we've got a number of initiatives that

13   are going on right now and we're really trying to

14   go out there and attract some customers back

15   because, as you know, we're in a fly-drive

16   market. People can drive to where they're going

17   within a 400-mile radius as opposed to flying.

18   And they do that quite a bit. So we're really

19   trying to track people back and say this is an

20   easy airport, it's easy to come in and out, we

21   appreciate you. We're putting in free Wi-Fi,

22   we've got, um, that'll go live May 1st. We just

23   put in valet parking, meter parking, we've got an

24   inline system going in, and we're going to expand

25   the throats.

Page 4

1              So all those things are going in and

2    they really want -- they're going to, um, hit

3    like one after another, and the commission really

4    wants this to be -- to be done well. And at the

5    end of the day the thing that really got them

6    more than anything else is that Clear has done

7    this on a number of occasions at a number of

8    different airports, and they can help us all

9    navigate, um, through this and really do a good

10   implementation, having done it before.

11              Um, but having said that, I can tell

12   you that the commission also -- and this is

13   public record -- um, made it very clear to me

14   that I need to have a good out clause in there in

15   the event that either, A, Clear doesn't perform,

16   or, B, the technology on this changes so much in

17   the next year or so that we decided we want to go

18   back out on the market -- but they have the

19   flexibility to be able to do that.

20              FRED FISCHER:  Okay.

21              [COLIN?]: That's great.

22              RON MATHIEU:  So, and that's -- and

23   that's really what it was more than anything

24   else. I tell you, if you -- I'll just be candid

25   with you. If you guys were in -- currently in and

1  operating, you know, one-two airports -- and this

2  was going to be a third airport, uh, then with

3  everything else that you guys brought to the

4  table with RAM and so forth, you guys would've

5  gotten it. It's just that simple.

6            FRED FISCHER:  That's good to hear. Um,

7  one of the things we didn't do, which we think we

8  learned a lesson in this one, is we didn't go, uh

9  -- I won't say negative. We didn't compare -- we

10  didn't look at our competition and attack our

11  competition.

12            RON MATHIEU:  Well, you know, that's

13  always very risky, to be honest with you.

14            FRED FISCHER:  Right.

15            RON MATHIEU:  But I will tell you this,

16  though, um, in terms of -- and when I tell you

17  this, I'm going to give you both sides of it,

18  okay, 'cause I think that's what you're looking

19  for.

20            [COLIN?]: Absolutely.

21            RON MATHIEU:  Um, on the one hand, it

22  was particularly distasteful for me; but on the

23  other hand, you've got to give the guy credit.

24  Once they knew all the presentations were in,

25  Clear set somebody out there to make photocopies

1    of the other two presentations. It's public

2    record. And so they knew exactly what was

3    submitted and what was recommended for everybody

4    before they made their proposal. This is one of

5    the things about being in a public arena -- you

6    have a right to do the same thing.

7             FRED FISCHER:  But we wouldn't have

8    access to their presentations because they hadn't

9    made them yet.

10            RON MATHIEU:  That's true. But you --

11   but you would have access to their proposal.

12            FRED FISCHER:  Right.

13            [COLIN?]: Just to hear -- you know,

14   that is never as -- you know, I kind of leaded

15   the group, you know, I did the presentation.

16   That's never been my style. I always try to put

17   our best foot forward and obviously you're

18   concerned about the competition. You know, we

19   might change that strategy in the future.

20            Now, as far as written response and

21   presentation and overview, uh, did you think that

22   we were the leaders in that, or is there anything

23   that we can tailor in that market? Obviously, the

24   experience came into play and I completely

25   understand. I mean, you know, we haven't got

1    Huntsville up and running yet. Obviously that

2    would've helped...

3              RON MATHIEU:   [OVERLAPPING] And that

4    was it. Let me tell you something. Two things

5    concerned the commission more than anything else.

6    They felt that this was an important airport

7    because three of our direct market and possibly

8    four have Clear in them. And so they wanted to

9    know that that interoperability was up working

10   somewhere, and they wanted somebody who had done

11   it at least once before.

12             COLIN: Okay.

13             RON MATHIEU:   And that was it. But let

14   me tell you, your concept about, you know,

15   putting the kiosks up in Wal-Mart... In fact,

16   when they were talking about this and making

17   their selection, they constantly confused you

18   guys and Clear. You know, they -- you know, the

19   presentation that you already had out here with

20   the companies, sending a kiosk to them if there

21   were 25 people, I believe you said, that were

22   interested, as opposed to 250 -- all those things

23   that you talked about really resonated with the

24   commission, both on the service end and as the

25   concept that they'd get a piece of everyone in

Page 8

1    the state of Arkansas. So all of that resonated

2    and it really hit well with them -- and the fact

3    that you had local partners in ACA. All of that

4    hit well. The only thing that hurt you, um --

5    well, I won't say it hurt you, but the thing that

6    they gave credit to clear on is they have done

7    this at many different airports before and they

8    can come in with a real good formula, you know,

9    and a template and say, okay, this is how it

10   works, and do it quick. As opposed to doing it

11   kind of an on-the-job, learning...

12             FRED FISCHER:  Yeah. We understand. The

13   point I was going to make before -- before we got

14   sidetracked was...

15             RON MATHIEU:  Sorry.

16             FRED FISCHER:  You know, one of the

17   things we would've done if we would -- if we

18   would have taken a look side-by-side -- us and

19   Clear -- I don't know if you heard in the

20   meeting, I come from Clear.

21             RON MATHIEU:  Okay.

22             FRED FISCHER:  I was number three there

23   for the last year, up until, uh, up until

24   January.

25             RON MATHIEU:  Mm-hm.

1              FRED FISCHER:  The airports that are up

2    and running, um, and I don't know if it's too

3    late to do some homework -- most of them are

4    considered a failure by the airport authority.

5              RON MATHIEU:  Mm-hm.

6              FRED FISCHER:  Um, Cincinnati signed

7    less than, I believe it's 4,000. The other thing

8    that -- that they put out there is they give you

9    numbers that are membership numbers. Those aren't

10   cardholders. Those are people who have gone to

11   the website, and enrolled and haven't paid them,

12   and they're not -- they're not exactly signed up.

13             RON MATHIEU:  Mm-hm.

14             FRED FISCHER:  But the point is is

15   that, I would consider Orlando a success. I would

16   consider everything they've opened since January

17   a failure. I'm a Clear member. My card -- I came

18   in under the Orlando program. My card is not

19   interoperable. I can't use it in San Jose, I

20   can't use it in Cincinnati, I can't use it in

21   Indianapolis. Eventually they're going to remedy

22   that but the program's not even interoperable in

23   their own company.

24             RON MATHIEU:  Right.

25             FRED FISCHER:  So just some facts that

1  we would've probably put on the table. I don't

2  know if they would've helped or hurt...

3            RON MATHIEU:  Well, I think they

4  might've helped.

5            FRED FISCHER:  Okay.

6            RON MATHIEU:  I think that -- I think

7  that would've helped, to be honest with you.

8            FRED FISCHER:  Okay, yeah.

9            RON MATHIEU:  You know?

10           FRED FISCHER:  And I've got to tell

11 you, the contract negotiation part will be a

12 rough process.

13           RON MATHIEU:  Mm-hm.

14           FRED FISCHER:  If for some reason it

15 breaks down, like Colin said, we're here.

16           RON MATHIEU:  Not a problem. And the

17 commission has already directed us to go

18 negotiate with them, and then from them to you,

19 and then from you to, uh, the third company.

20           COLIN: Not that we get any, uh,

21 consolation but we did finish second. I mean,

22 second to me is tied for last, but... [CHUCKLES]

23           RON MATHIEU:  No, I understand that.

24 But, but, you know, the issue is just to

25 understand why you were second. If it were not

Page 11

1    for that, you would've been first. And that's

2    what I want you to walk away with, uh, because I

3    think you did -- you guys did a really good job,

4    especially on the, uh, revenue piece of it.

5                    FRED FISCHER:  Did it resonate that we

6    would, uh -- even if -- I think we said it once,

7    if we weren't selected we'd sell more cards in

8    Little Rock. Was that taken under consideration?

9                    RON MATHIEU:  Yes, it was, and it

10   scared the crap out of the commissioners.

11                   FRED FISCHER:  Okay.

12                   RON MATHIEU:  To be honest with you.

13                   FRED FISCHER:  I still think that's

14   going to be a fact. But, you know, we'll see.

15   Time will tell.

16                   RON MATHIEU:  Well, and -- and the

17   whole vibe on this thing is -- and what's got

18   everybody up in arms, uh, well -- well, some of

19   the commissioners are like "Well, what's to stop

20   somebody from entering the market and just doing

21   cards and not ever having...?"

22                   FRED FISCHER:  No, you can't do that

23   under TSA. TSA says you have to have an airport

24   somewhere in order to issue cards.

25                   RON MATHIEU:  Right, well...

Page 12

1          FRED FISCHER:  So you'd have to be

2    fully into the program. But, as I think I said in

3    the presentation, you've got two cards at $99.

4    Mine has a handful of benefits, the other one has

5    no benefits.

6          RON MATHIEU:  Right.

7          FRED FISCHER:  Which one are you going

8    to choose? And it's still our goal to go into the

9    Peabody, uh, and to set up a kiosk, and to go

10   into corporations around town and sell cards.

11   That's -- that's our -- you know, that's what we

12   plan on doing. Regardless of whether we have the

13   airport or not.

14         RON MATHIEU:  Right. Well... And we're

15   sorry to hear that. [CHUCKLES]

16         FRED FISCHER:  I know.

17         RON MATHIEU:  But we're happy for you

18   and I say go for it, go gangbusters, and then

19   let's see what happens, um, you know, a year or

20   two from now.

21         FRED FISCHER:  Are you going to set --

22   what kind of term are you going to set with them?

23         RON MATHIEU:  Well, you know, we're

24   still negotiating that, to be honest with you.

25   Um, the best return is five years obviously and

1    the, um, the RP called for, um, three years with

2    a three-year option. So we're probably going to

3    try and stick with that, to be honest with you.

4    I'm just not sure yet, um, exactly how it's all

5    going to stand up. I don't get, you know, their

6    thoughts and stuff back until sometime late

7    today. And at that point I'll sit and go through

8    it.

9                    FRED FISCHER:  Okay.

10                   RON MATHIEU:  And, uh, then we'll see

11   where we are.

12                   COLIN:  Are we still on an open

13   document period?

14                   RON MATHIEU:  Um, well, I mean -- the

15   FOI laws in the state of Arkansas are pretty

16   clear. Anything that I have, unless it's -- the

17   attorneys got it, is subject to FOI. As long as

18   it's in my hand it's in the process of

19   negotiating, it's subject to FOI, so...

20                   COLIN: Okay.

21                   FRED FISCHER:  So, Colin, whatever you

22   need to do to get those documents. Did they

23   leave, uh, their presentation behind? I know we

24   did not.

25                   RON MATHIEU:  Uh, you know, I don't

1   remember what they did with their presentation. I

2   have to go take a look.

3               FRED FISCHER:  Okay.

4               RON MATHIEU:  And as long as we have

5   it, you can have it.

6               FRED FISCHER:  Great.

7               RON MATHIEU:  Get a copy. Now the other

8   thing I just have to let you guys know in the

9   interest of being, um, um, very open about

10  everything is I got a call from somebody named,

11  uh, Demetrius Metiff. I believe that's how his

12  name is pronounced. And he wanted to know how the

13  presentation went, and he said he was an investor

14  and so forth. And so, again...

15              FRED FISCHER:  We'll follow that up.

16              RON MATHIEU:  Yeah. Well, I spoke to

17  him.

18              FRED FISCHER:  Okay.

19              RON MATHIEU:  When he called. And I

20  told him the same thing I told you guys. You

21  know, again, this is -- everything I do is in --

22  is in the open, it's in the public, and so I just

23  wanted to let you know that I had that

24  conversation with him.

25              FRED FISCHER:  Well, if you gave him

1  the same response you gave us, we're in good

2  shape.

3          RON MATHIEU:  Yep.

4          FRED FISCHER:  Because you basically

5  told him that -- because we didn't have -- we

6  would've finished first if we had an airport.

7          RON MATHIEU:  That's correct. I

8  basically told him exactly the same thing I'm

9  telling you. I have nothing to hide, I'm telling

10  everybody the same.

11          FRED FISCHER:  I say this totally off

12  the record -- I owe you dinner.

13          RON MATHIEU:  [LAUGHS]

14          COLIN: Hey, Ron, thank you. Thank you

15  very much for your candidness and...

16          FRED FISCHER:  Thank you, Ron.

17          RON MATHIEU:  Not a problem.

18          COLIN:  If anything does happen, I know

19  you're probably going to be busy going into

20  contract negotiations now. If anything falls

21  apart let us know.

22          RON MATHIEU:  Will do.

23          COLIN:  We'd be happy to help.

24          RON MATHIEU:  Thank you.

25          COLIN:  Thank you, sir.

1          RON MATHIEU:  Take care, guys.

2          FRED FISCHER:  Appreciate it, Ron.

3          RON MATHIEU:  Mm-hm. Bye bye.

4          [END OF TAPE]

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1   A Plus Recording and Transcribing, a division of

2   A Plus Office Support Systems, states that the

3   preceding transcript was created by one of its

4   employees using standard electronic transcription

5   equipment and is a true and accurate record of

6   the audio on the provided media to the best of

7   that employee's ability.  The media from which we

8   worked was provided to us. We can make no

9   statement as to its authenticity.

10

11           Attested to by:

12

13

14           Patrick Weaver

15

16

17

18

19

20

21

22

23

24

25

Exhibit F

## VERIFIED IDENTITY PASS, Inc.

**Cynthia Brill**, General Counsel
212-332-6303, cbrill@brillbusiness.com

May 22, 2007

Fred P. Fischer
6105 Old Orchard Road
Kernersville, NC  27284

Registered Mail Return Receipt Requested

Dear Fred:

    This letter is to inform you that we have learned, as a result of having obtained via an open records act request from the Little Rock National Airport the audio recording of the Bidders' oral presentations with regard to that airport's Registered Traveler RFP, that you revealed Confidential and Proprietary Information as defined by your employment agreement, belonging to Verified Identity Pass, Inc. One example is your discussion of the conditions under which Verified Identity Pass, Inc. agrees to conduct mobile enrollments for area employers. It is one thing for you to have misrepresented to the Airport commissioners the so-called commitments you have from entities ranging from Wal-Mart to Global Rescue. It is quite another to have committed such an express and material breach of your contract with us in this way.

Sincerely,



Cynthia M. Brill
General Counsel

1270 Avenue of the Americas, Suite 508, New York, NY 10020
tel 212-332-6304   fax 212-332-6308   www.verifiedidpass.com

**U.S. Postal Service**
**CERTIFIED MAIL· RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 0.41 | 0056 |
| Certified Fee | $2.65 | 38 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ 5.21 | 05/23/2007 |

Sent To _Fred Fischer_
Street, Apt No.;
or PO Box No. _6105 Old Orchard Rd._
City, State, ZIP+4 _Kernersville, NC 27284_

7006 2150 0003 8113 6450

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

_Fred P. Fischer_
_6105 Old Orchard Rd._
_Kernersville, NC 27284_

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name)  _F. Fischer_
C. Date of Delivery  _5-25-07_

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
   (Transfer from service label)  7006 2150 0003 8113 6450

PS Form 3811, February 2004         Domestic Return Receipt         102595-02-M-1540