UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

VERIFIED IDENTITY PASS, Inc., d/b/a/ CLEAR       :
REGISTERED TRAVELER,                             :
                Plaintiff,       :
                        :   07 Civ. 6538 (JFK)

       -against-                             :
                        :

FRED FISCHER, SAFLINK CORPORATION,               :
and FLO CORPORATION,                             :
                Defendants.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


## <u>NOTICE OF APPEARANCE</u>

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

        PLEASE NOTE the appearance of the undersigned as counsel for defendants Fred

Fischer, Saflink Corporation, and FLO Corporation in this action.

Dated: New York, New York
       July 31, 2007               DLA PIPER US LLP


                    By:  _/s/  Stanley McDermott III_____
                         Stanley McDermott III (SM 0530)

                    1251 Avenue of the Americas
                    New York, New York 10020-1104
                    (212) 335-4500

                    *Attorney for Defendants Fred Fischer, Saflink*
                    *Corporation, and FLO Corporation*

<u>CERTIFICATE OF SERVICE</u>

      I certify that I am an attorney admitted to practice in this District and that on July 31, 2007, I filed a true and correct copy of the foregoing Notice of Appearance, which will automatically be served electronically by the Court's ECF system upon all counsel who have appeared in this action.


                     <u>/s/ Stanley McDermott III</u>
                      Stanley McDermott III (SM 0530)