UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| VERIFIED IDENTITY PASS, Inc., d/b/a/ CLEAR REGISTERED TRAVELER, <br><br>       Plaintiff, <br><br>  -against- <br><br>FRED FISCHER, SAFLINK CORPORATION, and FLO CORPORATION, <br><br>       Defendants. | : <br> : <br> : <br> :   07 Civ. 6538 (JFK) <br> : <br> : <br> : <br> : <br> : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

  PLEASE NOTE the appearance of the undersigned as counsel for defendants Fred Fischer, Saflink Corporation, and FLO Corporation in this action.

Dated: New York, New York
    July 31, 2007       **DLA PIPER US LLP**


              By: /s/ Michael R. Hepworth
                 Michael R. Hepworth (MH 2398)

              1251 Avenue of the Americas
              New York, New York 10020-1104
              (212) 335-4500

              *Attorney for Defendants Fred Fischer, Saflink Corporation, and FLO Corporation*

CERTIFICATE OF SERVICE

      I certify that I am an attorney admitted to practice in this District and that on July 31, 2007, I filed a true and correct copy of the foregoing Notice of Appearance, which will automatically be served electronically by the Court's ECF system upon all counsel who have appeared in this action.

                          /s/ Michael R. Hepworth
                          Michael R. Hepworth (MH 2398)