UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
VERIFIED IDENTITY PASS, Inc., d/b/a/ CLEAR
REGISTERED TRAVELER,

                Plaintiff,

            07 Civ. 6538 (JFK)

      -against-

FRED FISCHER, SAFLINK CORPORATION,
and FLO CORPORATION,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

      PLEASE NOTE the appearance of the undersigned as counsel for defendants Fred Fischer, Saflink Corporation, and FLO Corporation in this action.

Dated: New York, New York
       July 31, 2007                **DLA PIPER US LLP**

                                     By: /s/ Anne E. Hardcastle
                                          Anne E. Hardcastle (AH 3274)

                                1251 Avenue of the Americas
                                New York, New York 10020-1104
                                (212) 335-4500

                                *Attorney for Defendants Fred Fischer, Saflink*
                                *Corporation, and FLO Corporation*

CERTIFICATE OF SERVICE

    I certify that I am an attorney admitted to practice in this District and that on July 31, 2007, I filed a true and correct copy of the foregoing Notice of Appearance, which will automatically be served electronically by the Court's ECF system upon all counsel who have appeared in this action.

                        /s/ Anne E. Hardcastle
                        Anne E. Hardcastle (AH 3274)