UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
VERIFIED IDENTITY PASS, Inc., d/b/a/ CLEAR  :
REGISTERED TRAVELER,  :
                  Plaintiff,  :
                                       :  07 Civ. 6538 (JGK)
        -against-  :
                                       :
FRED FISCHER, SAFLINK CORPORATION,  :
and FLO CORPORATION,  :
                  Defendants.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of this Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants Saflink Corporation and FLO Corporation hereby certify that Saflink Corporation (a private non-governmental party) is a publicly held corporation, with no publicly held parent companies, and FLO Corporation is a privately held company, with Saflink Corporation as a minority shareholder.

Dated: New York, New York
       July 31, 2007

                                               **DLA PIPER US LLP**

                                        By: _/s/ Michael R. Hepworth_
                                              Michael R. Hepworth (MH 2398)

                                              1251 Avenue of the Americas
                                              New York, New York 10020-1104
                                              (212) 335-4500

                                              _Attorney for Defendants Fred Fischer, Saflink_
                                              _Corporation, and FLO Corporation_