MORRISON & FOERSTER LLP
Jamie A. Levitt
Damion K.L. Stodola
1290 Avenue of the Americas
New York, NY 10104-0050
(212) 468-8000
*Attorneys for Plaintiff Verified Identity Pass, Inc.*

Lori A. Schechter (*pro hac vice* pending)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
(415) 268-7000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VERIFIED IDENTITY PASS, INC., DBA CLEAR REGISTERED TRAVELER,<br><br>Plaintiff,<br><br>-against-<br><br>FRED FISCHER, SAFLINK CORPORATION, and FLO CORPORATION,<br><br>Defendants. | Case No. 07 Civ. 6538 (JGK)<br><br>AFFIDAVIT OF VANESSA MAZANDI IN SUPPORT OF TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

VANESSA MAZANDI, being duly sworn, deposes and says:

1. I am the Manager of Corporate Development for Verified Identity Pass, Inc. ("Verified"). I make this affidavit in support of Verified's request for a temporary restraining order and preliminary injunction. Unless stated otherwise, I have personal knowledge of the matters stated in this affidavit, and if called as a witness, could testify competently thereto.

2. I began my employment at Verified on August 21, 2006. For the year prior to that date, I was living in Costa Rica and spent the year teaching in the town of Nosara. Prior to my time in Costa Rica, I was a student at Yale University studying English. I had no involvement

with the Registered Traveler business or any other travel-related business before I joined Verified in August 21 of 2006.

3. I am informed and believe that prior to the commencement of my employment at Verified, there was no individual who had the email address I now have at Verified, which is based on my name.

4. I have never signed up at the website www.businesstravelcoalition.com for anything, including to join, or to receive emails. In fact, I have never been to the website www.businesstravelcoalition.com. I do not know, nor have I ever met, Kevin Mitchell. I have never provided my Verified email address to Kevin Mitchell or the Business Travel Coalition.

5. The first time I received any email from the Business Travel Coalition, or Mitchell@businesstravelcoalition.com was the July 10, 2007 email attached to the Beer Declaration as Exhibit C [or D]. I have no idea how my Verified email address, which was created on or about the first day of my employment on August 21, 2006, became a part of the Business Travel Coalition's mailing list.

_____
Vanessa Mazandi

Sworn to before me this
1st day of August, 2007

_____
Notary Public

    RICHARD A. ANDREWS
Notary Public, State of New York
    No. 01AN5018079
  Qualified in New York County
Commission Expires Sept. 20, ~~~~
    Nov. 16, 2009