UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICAL[LY FILED]
DOC #: _____
DATE FILED: 8/2/2007
```

VERIFIED IDENTITY PASS, Inc., d/b/a CLEAR REGISTERED TRAVELER,

    Plaintiff,

-against-

FRED FISCHER, SAFLINK CORPORATION, and FLO CORPORATION,

    Defendants.

No. 07 Civ. 6538 (JGK)

[Proposed] ORDER FOR ADMISSION OF COUNSEL LORI A. SCHECHTER *PRO HAC VICE*

Came on this day for consideration is the Motion to Appear *Pro Hac Vice* of Movant, Lori A. Schechter of Morrison & Foerster LLP, for purposes of the above-entitled and numbered cause. After careful consideration, the Court is of the opinion that said motion should be GRANTED. It is accordingly ORDERED that Lori A. Schechter shall be allowed to appear before this Court *pro hac vice*, subject to the Local Rules of the Southern District of New York.

Signed this 2 day of August, 2007

                                                                 _____
                                                                 UNITED STATES DISTRICT COURT JUDGE

ny-767279