UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VERIFIED IDENTITY PASS, INC., d/b/a
CLEAR REGISTERED TRAVELER,

        07 Civ. 6538 (JGK)

      Plaintiff,

        ORDER

  - against -

FRED FISCHER; SAFLINK CORP.; and FLO
CORP.,

      Defendants.

---

JOHN G. KOELTL, District Judge:

For the reasons stated on the record August 2, 2007, the plaintiff's motion for a temporary restraining order is **denied**.

The plaintiff's request for expedited discovery is **granted** for good cause shown.

The parties should promptly submit to the Court a proposed schedule for expedited discovery and a proposed date for the hearing on the plaintiff's motion for a preliminary injunction.

SO ORDERED.

Dated:    New York, New York
         August 2, 2007

                                      John G. Koeltl
                                  United States District Judge