UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/07

VERIFIED IDENTITY PASS, INC., d/b/a
CLEAR REGISTERED TRAVELER,

        Plaintiff,

- against -

FRED FISCHER; SAFLINK CORP.; and FLO
CORP.,

        Defendants.

07 Civ. 6538 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The hearing on the plaintiff's motion for a preliminary injunction is scheduled for **Monday, December 10, 2007** at 9:00 a.m.

SO ORDERED.

Dated:    New York, New York
            August 21, 2007

                                                  John G. Koeltl
                                        United States District Judge