UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERIFIED IDENTITY PASS, Inc., d/b/a CLEAR REGISTERED TRAVELER,

        Plaintiff,

-against-

FRED FISHER, SAFLINK CORPORATION and FLO CORPORATION,

        Defendants.

No. 07 Civ. 6538 (JGK)

STIPULATION OF DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, by and between the undersigned counsel of record on behalf of their respective clients, that the above-captioned action, including all claims and counterclaims be, and hereby is, dismissed in its entirety, with prejudice.

Dated: September 20, 2007

MORRISON & FOERSTER LLP

By: _____
Jamie A. Levitt
1290 Avenue of the Americas
New York, New York 10104
(212) 468-8000

*Attorneys for Plaintiff and Counterclaim Defendant, Verified Identity Pass, Inc.*

DLA PIPER US LLP

By: _____
Stanley McDermott, III
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4000

*Attorneys for Defendants Fred Fisher, Saflink Corporation and FLO Corporation, and Counterclaim Plaintiff Fred Fischer*

SO ORDERED:

_____
The Honorable John G. Koeltl
United States District Judge

9/24/07

ny-776120